## 2017 ND 131
**STATE of North Dakota, Plaintiff and Appellee**

v.

**Roxanne Racquel RAPHAEL, Defendant and Appellant**

No. 20160447

Supreme Court of North Dakota.

Filed 6/7/2017

Ladd R. Erickson, State's Attorney, Washburn, N.D., for plaintiff and appellee; submitted on brief.

Laura C. Ringsak, Bismarck, N.D., for defendant and appellant; submitted on brief.

Per Curiam.

[¶ 1] Roxanne Raphael appeals a district court judgment after a jury convicted her of possession of a controlled substance. Raphael argues the jury's verdict is not supported by sufficient evidence. We conclude sufficient evidence supports the verdict. We summarily affirm the criminal judgment under N.D.R.App.P. 35.1(a)(3).

[¶ 2] Gerald W. VandeWalle, C.J.

Jerod E. Tufte

Daniel J. Crothers

Lisa Fair McEvers

Carol Ronning Kapsner